JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY IANNI, an individual and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TJX COMPANIES, INC., <br><br> Defendant.<br>_____ | Case No. CV 13-07135 DDP (SHx) <br><br> **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. The MOTION TO DISMISS CASE FILED BY DEFENDANT TJX COMPANIES INC. (DOCKET NUMBER 14) is vacated.  This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 22, 2013

DEAN D. PREGERSON
United States District Judge